IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-11 E |
| | ) | |
| KENNETH FLEETWOOD | ) | |

## ORDER OF COURT

AND NOW, to-wit, this ____ day of _____, 2005, upon consideration of the foregoing, Motion to Suppress, it is hereby ORDERED, ADJUDGED, AND DECREED that the motion is GRANTED. All evidence seized from Mr. Fleetwood and all statements made by Mr. Fleetwood on March 2, 2005 is hereby suppressed.

_____
HONORABLE MAURICE B. COHILL, JR.
Senior United States District Judge