IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    )<br>    v.   )   Criminal No. 05-11 Erie<br>    )<br>KENNETH FLEETWOOD   )<br>a/k/a Michael R. Johnson   ) | |

**MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO MOTION TO SUPPRESS**

AND NOW comes the United States of America, by and through its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Marshall J. Piccinini, Assistant United States Attorney for said district, and avers as follows:

1. On July 1, 2005, the defendant, through counsel, filed a Motion to Suppress with Citation to Authorities.

2. The government's response to the defendant's motion is due by July 15, 2005. Fed.R.Crim.P. 45

3. Undersigned counsel will be out of the office during the time when the government's response is due, and therefore, needs additional time to complete the government's response.

4. The defendant's attorney, Thomas Patton, has no objection to an extension of time.

WHEREFORE, the government respectfully requests this Court to grant it an extension of time in which to complete its response to the defendant's motion to suppress.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney


s/Marshall J. Piccinini
MARSHALL J. PICCININI
Assistant U.S. Attorney
PA ID No. 56362