IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-11 Erie |
| | ) |
| KENNETH FLEETWOOD | ) |
| a/k/a Michael R. Johnson | ) |

**ORDER**

      AND NOW, this _____ day of July, 2005, it is hereby ORDERED that the government's Motion for Extension of Time to Respond to the Defendant's Motion to Suppress is GRANTED.  The government's response is due on or before July 29, 2005.


      MAURICE B. COHILL, JR.
Senior United States District Judge