IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIM   05-11   ERIE |
| | ) | |
| KENNETH FLEETWOOD   (1) | ) | |
| | ) | |
| | ) | |

NOTICE

The above entitled case is set for _____SUPPRESSION HEARING_____

on ___October 3, 2005___ at ___2:30 P.M.___ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

Richard Witas, Courtroom Deputy Clerk

Date:   Sept. 12, 2005

Copies to:   Marshall J. Piccinini, AUSA
Thomas W. Patton, AFPD

Pretrial Services
Probation Office - ERIE-Pgh
U.S. Marshal - ERIE - Pgh