IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-11 Erie |
| ) | |
| KENNETH FLEETWOOD ) | |

### DEFENDANT KENNETH FLEETWOOD'S MOTION TO CONTINUE SUPPRESSION HEARING

AND NOW, comes the defendant, Kenneth Fleetwood, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully moves the Court to continue the hearing on his motion to suppress currently set for Monday, October 3, 2005, at 2:30 p.m. In support thereof Counsel states:

1. Mr. Fleetwood has filed a motion to suppress evidence obtained from him during an encounter with the police on March 2, 2005.

2. The Court has scheduled a hearing on Mr. Fleetwood's motion to suppress for Monday, October 3, 2005, at 2:30 p.m.

3. Due to personal obligations, defense counsel is unavailable to participate at the hearing if it remains set for Monday, October 3, 2005, at 2:30 p.m.

4. Accordingly, Mr. Fleetwood respectfully requests that this Court continue the hearing on his motion to suppress.

WHEREFORE, defendant, Kenneth Fleetwood, respectfully requests that this Honorable Court continue the suppression hearing currently set for Monday, October 3, 2005, at 2:30 p.m.

Respectfully submitted,

/s/ Thomas W. Patton
Thomas W. Patton
Assistant Federal Public Defender
PA I.D. No. 88653