IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 05-11 E |
| ) | |
| KENNETH FLEETWOOD ) | |

### ORDER OF COURT

AND NOW, to-wit, this 26th day of September, 2005, upon consideration of the foregoing, Motion to Continue Suppression Hearing, it is hereby ORDERED, ADJUDGED, AND DECREED that the motion is GRANTED. The hearing on Defendant's Motion to Suppress is reset for Wednesday, October 12, 2005, at 9:00 a.m.

_Maurice B. Cohill, Jr._
HONORABLE MAURICE B. COHILL, JR.
Senior United States District Judge