MEMORANDUM OF NON-JURY TRIAL

# United States District Court
## For the Western District of Pennsylvania

UNITED STATES OF AMERICA

Plaintiff

vs.                                            No. CRIM 05-11 ERIE

KENNETH FLEETWOOD   (1)
a/k/a Michael R. Johnson

Defendant

HEARING ON  Motion to Suppress

Before Judge  MAURICE B. COHILL, JR.

Marshall J. Piccinini, AUSA                    Thomas W. Patton., AFPD

Appear for Plaintiff                           Appear for Defendant

Hearing begun  9:00  10-12-05                  Hearing adjourned to

Hearing concluded C. A. V. 2:20 10-12-05       Stenographer  Mickey Powers

### WITNESSES:

For Plaintiff                                  For Defendant

(Wit #1) Eric Wagner — Pa. State Trooper   (G. Ex 1) Wagner's handdrawn map, admitted ✓
(Def. Ex B) Cr. Complaint + Affidavit
(Wit #2) Royce Smith — Erie police officer    (D. Wit #1) Adrianna Havelka
(Def. Ex A.) Videotape admitted (Def. Ex C) — photo of car admitted  (Def Ex D) handdrawn map of Havelka admitted
(G. Ex. 2) rough notes of Officers Hook + Wagner admitted  (G. Ex 3) FBI 302 of Havelka admitted

argument heard

Motion to Suppress is Denied.