IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CRIM 05-11E |
| KENNETH FLEETWOOD | ) |

NOTICE

The above entitled case is set for _____CHANGE OF PLEA_____

on _____December 5, 2005_____ at _____2:00 PM_____ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

_____
Richard Witas, Courtroom Deputy Clerk

Date:   November 2, 2005

Copies to:   Marshall Piccinini, AUSA
Thomas W. Patton, AFPD

Pretrial Services
Probation Office - ERIE-Pgh
U.S. Marshal - ERIE - Pgh