MEMORANDUM OF NON-JURY TRIAL

# United States District Court
### For the Western District of Pennsylvania

UNITED STATES OF AMERICA

*Plaintiff*

vs.

KENNETH FLEETWOOD (1)

*Defendant*

No. CRIM 05-11 ERIE

**HEARING ON** CHANGE OF PLEA

*Before Judge* MAURICE B. COHILL, JR.,

Marshall Piccinini, AUSA                    Thomas Patton, AFPD

*Appear for Plaintiff*                         *Appear for Defendant*

Hearing begun 2:00  12-5-05        Hearing adjourned to _____

Hearing concluded C. A. V. 2:30 12-5-05   Stenographer R. Bench

**WITNESSES:**

*For Plaintiff*                              *For Defendant*

D sworn, found competent to plead. Standard plea colloquy given.
D changes plea to "guilty" as to Count I. Conditional plea.
Plea letter entered - Govt. Ex. 1.                D may appeal
                                                  suppression

PSR ordered.
Sentencing date: 3/13/06 at 11:00