IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIM   05-11   ERIE |
| ) | |
| KENNETH FLEETWOOD (1) ) | |

NOTICE

The above entitled case is set for __SENTENCE__

on __March 13, 2006__ at __11:00 a.m.__ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

Richard Witas, Courtroom Deputy Clerk

Date: Dec. 5, 2005

Copies to:   Marshall Piccinini, AUSA
             Thomas Patton, AFPD

             Pretrial Services
             Probation Office - ERIE-Pgh
             U.S. Marshal - ERIE - Pgh