NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

U.S. District Court - Western District of Pennsylvania (Erie)

Circuit Court Docket No. _____

FULL CAPTION IN DISTRICT COURT:

**UNITED STATES OF AMERICA**              District Court
                                          Docket No.  **05-11 E**

         v.

                                          District Court
**KENNETH FLEETWOOD**                     Judge **Maurice B. Cohill, Jr.**

    Notice is hereby given that   **Kenneth Fleetwood**

appeals to the United States Court of Appeals for the Third

Circuit from [**X**] Judgment; [ ] Order; [ ] Other (Specify)_____

entered in this action on    **3/15/06**   .

DATED: **3/27/06**


/s/Thomas W. Patton
(Counsel for Appellant-signature)

Thomas W. Patton; PA ID # 88653      Robert L. Eberhardt
(Name of Counsel - Typed)            (Counsel for Appellee)

Assistant Federal Defender           Assistant United States Attorney
(address)                            (address)

1001 State Street, Suite 1111        400 U.S. Courthouse & Post Office

Erie, PA 16501                       Pittsburgh, PA 15219

(814) 455-8089                       (412) 894-7375
(Tel. No. - FTS or Other)            (Tel. No. - FTS or Other)