IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | ) | |
|  | ) | |
|  | ) | Case No. _____ |
| vs. | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |

## NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that a statement of redaction will be submitted to the court reporter/transcriber within 21 days via electronic filing.

DATE:   _____

BY:   _____

Attorney for _____

## CERTIFICATE OF SERVICE

A hard copy of this notice was provided this date to _____, court reporter.

_____