Part pay Spec. Assessment

rcpt # 06-513

$25.00

CR 05-11 E

```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
       ERIE Division

# 06000513 - DM
September 20, 2006

Code   Case #   Qty       Amount

IND FELO 05-11 Ecr         25.00 CA

TOTAL→                     25.00

FROM: DALE JENNINGS
      322 EAST 29 STREET
      ERIE PA 16503
```