UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 06-2079
_____

UNITED STATES OF AMERICA

v.

KENNETH FLEETWOOD
a/k/a
MICHAEL R. JOHNSON


Kenneth Fleetwood,

Appellant
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 05-cr-00011E)
District Judge: Honorable Maurice B. Cohill, Jr.
_____

Argued May 16, 2007

Before: FISHER and ROTH, *Circuit Judges*, and RAMBO,[*] *District Judge*.
_____

JUDGMENT
_____

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was argued by counsel on May 16, 2007. On consideration whereof, it is now hereby

---

[*]The Honorable Sylvia H. Rambo, United States District Judge for the Middle District of Pennsylvania, sitting by designation.

     ORDERED and ADJUDGED by this Court that the judgment of the District Court entered March 15, 2006, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

                                ATTEST:

                                /s/ Marcia M. Waldron
                                Clerk

Dated: June 5, 2007