IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Criminal Number 05-11E |
| | ) | |
| KEN FLEETWOOD | ) | |

The above named defendant satisfied the judgment of MARCH 13, 2006 by paying on JUNE 11, 2007 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  7-27-07
Deputy Clerk              Date

2007 JUL 27  AM 11:45
US DISTRICT COURT
CLERK